

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2021

No. 04-20-00227-CV

**THE CITY OF MASON, TEXAS**,
Appellant

v.

**BLUE OAK ENGINEERING, LLC**,
Appellee

From the 452nd District Court, Mason County, Texas
Trial Court No. 195900
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On December 30, 2020, appellant filed a motion for en banc reconsideration. After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court